| Rule Entry Date | Case Number | Case Style | Page Number | Rule Entry | Associated Party |
|---|---|---|---|---|---|
| 05/20/2020 09:02AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Civil Case Created | |
| 05/20/2020 09:10AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Complaint | |
| 05/20/2020 09:11AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Cost Bond | |
| 05/20/2020 09:12AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Summons Issued on Camm Care, LLC d/b/a Patriot Homecare - atty to serve | |
| 05/20/2020 09:14AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Summons Issued on Christopher Caleb Mullins - atty to serve | |
| 05/20/2020 09:17AM | 1CH1-2020-CH-2231 | Jerrold Williams (et. al) vs Camm Care, LLC d/b/a Patriot Homecare (et. al) | | Summons Issued on Barbara Meghan Mullins - atty to serve | |

Sworn to before me the 24th June, 2020.

_____ , Clerk

_____ , D.C.

{02069925.1 }