# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION, AT KNOXVILLE

| | |
|---|---|
| **JERROLD WILLIAMS and** <br> **LISA WILLIAMS** <br><br> Plaintiffs, <br><br> v. <br><br> **CAMM CARE, LLC d/b/a PATRIOT HOMECARE, CHRISTOPHER CALEB MULLINS, and BARBARA MEGAN MULLINS,** <br><br> Defendants. | Case No. 3:20-cv-00288 <br> **District Judge Varlan** <br> **Magistrate Judge Guyton** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs Jerrold Williams and Lisa Williams, and Defendants CAMM Care, LLC d/b/a Patriot Homecare, Christopher Caleb Mullins and Barbara Megan Mullins, and through their undersigned counsel, hereby agree and stipulate that the above-styled cause of action and all claims contained therein should be **DISMISSED WITH PREJUDICE**, with court costs accrued in the United States District Court for the Eastern District of Tennessee, Northern Division, at Knoxville, to be taxed to the Defendants.

Dated: July 27, 2020.

Respectfully submitted,

*/s/ Ben M. Rose*
Ben M. Rose (#21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
615-942-8295
ben@bmrfirm.com

*Attorney for the Plaintiffs,*
*Jerrold Williams and Lisa Williams*

-and-

**BONE McALLESTER NORTON PLLC**

*/s William J. Haynes, III*
William J. Haynes, III
Tennessee Bar No. 017398
W. Justin Adams
Tennessee Bar No. 022433
Nashville City Center
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6324
(615) 687-2206 facsimile
whaynes@bonelaw.com
wjadams@bonelaw.com

*Counsel for Defendants CAMM Care, LLC d/b/a*
*Patriot Homecare, Christopher Caleb Mullins and*
*Barbara Megan Mullins, Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on July 27, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I have also placed a copy of the same in the mail to be delivered to the Plaintiffs, who are represented by counsel, at:

>Ben M. Rose
>**RoseFirm, PLLC**
>P.O. Box 1108
>Brentwood, Tennessee 37024
>e-mail: ben@bmrfirm.com
>
>*Attorney for Plaintiffs*

>*/s/ William J. Haynes, III*
>William J. Haynes, III
>
>*Attorney for Defendants*